# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KENTRELL D. WELCH,<br><br>Petitioner,<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>Respondents. | Case No.: 2:19-cv-00193-RFB-VCF<br><br>**ORDER** |

Petitioner Kentrell D. Welch has filed a motion for extension of time to file an amended 28 U.S.C. § 2254 habeas corpus petition (ECF No. 9). Good cause appearing,

**IT IS ORDERED** that petitioner's motion for extension of time (ECF No. 9) is **GRANTED**. Petitioner shall file his amended petition on or before **May 1, 2019**. Petitioner at all times remains responsible for calculating the running of the federal limitation period as applied to his case. *See* 28 U.S.C. § 2244(d).

DATED: April 3, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE