# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KENTRELL D. WELCH,<br><br>Petitioner,<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>Respondents. | Case No.: 2:19-cv-00193-RFB-VCF<br><br>**ORDER** |

**The court notes at the outset that no courtesy copies—except as specified at the conclusion of this order—are required in this case at this time.**

by In April 2019, this court granted petitioner Kentrell D. Welch's motion for extension of time to file an amended 28 U.S.C. § 2254 habeas corpus petition and directed Welch to file his amended petition on or before May 1, 2019 (ECF No. 10). Instead, on June 25, 2019, Welch filed a motion for entry of clerks default, complaining that respondents had not filed an answer to the petition. This frivolous motion is denied, as respondents were waiting for Welch to file an amended petition.

As Welch has not filed an amended petition or sought further extension of time, the court now issues a revised scheduling order for a response to the original petition.

**IT IS THEREFORE ORDERED** that petitioner's motion for entry of default (ECF No. 11) is **DENIED**.

**IT IS FURTHER ORDERED** that respondents shall file a response to the petition, including potentially by motion to dismiss, within **60 days** of the date of this order, with any requests for relief by petitioner by motion otherwise being subject to the normal briefing schedule under the local rules.

**IT IS FURTHER ORDERED** that the briefing schedule set forth in this court's March 7, 2019 order otherwise remains in effect.

**IT IS FURTHER ORDERED** that, at this time, the parties shall send courtesy copies **of any responsive pleading or motion and all INDICES OF EXHIBITS ONLY** to the Reno Division of this court. Courtesy copies shall be mailed to the Clerk of Court, 400 S. Virginia St., Reno, NV, 89501, and directed to the attention of "Staff Attorney" on the outside of the mailing address label. **No further courtesy copies are required unless and until requested by the court**.

DATED: July 17, 2019

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE