AARON D. FORD
  Attorney General
CHARLES L. FINLAYSON (Bar No. 13685)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: (775) 684-1115
Fax: (775) 684-1108
CFinlayson@ag.nv.gov
*Attorneys for Respondents*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KENTRELL D. WELCH,<br><br>            Petitioner,<br><br>vs.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>           Respondents. | Case No. 2:19-cv-00193-RFB-VCF<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME<br>(FIRST REQUEST)** |

    Respondents, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, hereby respectfully move this Court for an order granting a thirty-one (31) day enlargement of time, to and including March 7, 2022, in which to file and serve their response.

    This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings, and other materials on file herein.

    There has been no prior enlargement of Respondents' time to file said response, and this motion is made in good faith and not for the purposes of delay.

    RESPECTFULLY SUBMITTED this 4th day of February, 2021.

                                  AARON D. FORD
                                  Attorney General

                                By:   */s/ Charles L/ Finlayson*
                                      CHARLES L. FINLAYSON (Bar No. 13685)
                                      Senior Deputy Attorney General

AARON D. FORD
  Attorney General
CHARLES L. FINLAYSON (Bar No. 13685)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: (775) 684-1115
Fax: (775) 684-1108
CFinlayson@ag.nv.gov
*Attorneys for Respondents*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| KENTRELL D. WELCH, | Case No. 2:19-cv-00193-RFB-VCF |
|---|---|
| Petitioner, | **DECLARATION OF COUNSEL** |
| vs. | |
| BRIAN WILLIAMS, *et al.*, | |
| Respondents. | |

    I, Charles L. Finlayson, hereby state, based on personal knowledge and/or information and belief, that the assertions of this declaration are true:

    1.    I am a Senior Deputy Attorney General of the Post-Conviction Division of the Nevada Attorney General's Office, and I make this declaration on behalf of Respondents' motion for enlargement of time.

    2.    My response in this matter is presently due February 4, 2022. By this motion, I am requesting a 31-day extension of time to file my response, up to and including March 7, 2022.

    3.    I require additional time to get up to speed on the complicated issues raised by the petitioner in his motion. I recently filed responses in *McClain v. Williams*, 2:17-cv-00753-RFB-NJK; and *Orduna v. Garrett*, 20-cv-00641-MMD-CLB. I have also been working diligently to complete responses in *Leonard v. Gittere*, 2:99-cv-00360-MMD-DJ, a capital case. In addition, the Ninth Circuit Court of Appeals recently requested additional briefing in a case by February 17, 2022, and indicated that it was unlikely to grant any extensions.

/ / /

4. My role as a Senior Deputy Attorney General also requires that I take time from my own cases to assign cases, review and edit filings, conduct trainings, and coordinate responses with other departments. These responsibilities, which I cannot delegate, take up a significant portion of my time.

5. For the foregoing reasons, I respectfully request that this Court grant this request to extend the time for responding in this matter to March 7, 2022.

6. I contacted counsel for the petitioner, and they indicated that they had no objection to my request.

Pursuant to 28 U.S.C. § 1746, Declarant herein certifies, under penalty of perjury, that the foregoing is true and correct.

By: /s/ Charles L. Finlayson
CHARLES L. FINLAYSON (Bar No. 13685)
Senior Deputy Attorney General

**ORDER**

IT IS SO ORDERED.

Dated this __8th__ day of __February__, 2022.

_____
RICHARD E. BOULWARE, II
United States District Court

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General and that on this 4th day of February, 2022, I served a copy of the foregoing **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME (FIRST REQUEST),** by U.S. district court CM/ECF electronic filing to:

T. Kenneth Lee
Assistant Federal Public Defenders Office
411 East Bonneville Avenue, Suite 250
Las Vegas, NV 89101
Ken_lee@fd.org

                                              /s/ Perla M. Hernandez